JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Ana M. Hanson | ) | NO. CV 11-01270 SJO (JCx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| Premier Drywall dba Precon Industries, Inc. | ) | |
| Defendant. | ) | |

    This action came before the Court on the Motion for Summary Judgment against Defendant Premier Drywall dba Precon Industries, Inc. (Mercury Steel) by Plaintiff Ana M. Hanson ("Plaintiff"). Pursuant to the Court's ruling on Plaintiff's Motion for Summary Judgment and the Court's order awarding damages to Plaintiff,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That Plaintiff is awarded the following:

    (A)    $564,682.75 for unpaid contributions to the Trust Funds;

    (B)    $98,724.49 for interest;

    (C)    $74,713.30 for liquidated damages; and

      (D)    $31,691.11 for attorneys' fees and costs.

IT IS SO ADJUDGED.

Dated: October 16, 2012.

*S. James Otero*

                S. JAMES OTERO
     UNITED STATES DISTRICT JUDGE