JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ana M. Hanson )<br><br>                    Plaintiff,  )<br>                               )<br>                               )<br>                               )<br>           v.                  )<br>                               )<br>Premier Drywall dba Precon Industries,  )<br>Inc.                           )<br>                               )<br>                    Defendant.  ) | NO. CV 11-01270 SJO (JCx)<br><br>**JUDGMENT** |

This action came before the Court on the Motion for Summary Judgment against Defendant Premier Drywall dba Precon Industries, Inc. (Mercury Steel) by Plaintiff Ana M. Hanson ("Plaintiff"). Pursuant to the Court's ruling on Plaintiff's Motion for Summary Judgment and the Court's order awarding damages to Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That Plaintiff is awarded the following:

(A)    $564,682.75 for unpaid contributions to the Trust Funds;

(B)    $98,724.49 for interest;

(C)    $74,713.30 for liquidated damages; and

1      (D)  $31,691.11 for attorneys' fees and costs.

2    IT IS SO ADJUDGED.

3

4    Dated: October 16, 2012.

5

6                         _____

7                              S. JAMES OTERO
                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28